## Bahas, Appellant, *v.* Equitable Life Assurance Society of the United States.

Argued March 29, 1938. Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*John E. Evans, Jr.,* of *Margiotti, Pugliese, Evans & Buckley,* with him *Chas. J. Spinelli,* for appellant.

*Henry Eastman Hackney,* with him *Seward H. French, Jr., Reed, Smith, Shaw & McClay* and *Karl W. Warmcastle,* for appellee.

PER CURIAM, June 17, 1938:

The opinion of Judge PARKER of the Superior Court conclusively answers all questions involved, and on that opinion the judgment is affirmed.